

**ORDERED in the Southern District of Florida on August 22, 2019.**

Robert A. Mark, Judge
United States Bankruptcy Court

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI-DADE DIVISION**
www.flsb.uscourts.gov

IN RE:

YUNEIVIS RIVAS

    Debtors
_____/

Case No.: 19-17426-RAM

Chapter 7

### ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY BY PNC BANK, N.A. (VEHICLE) [ECF_20]

THIS MATTER came before the Court upon the Motion for Relief from the Automatic Stay by PNC BANK, N.A. ("PNC") ("Motion") relating to the 2016 Mercedes Benz GLE 350, 4JGDA5HB6GA689771, [ECF 20], and the Debtor having signed a Consent and the Trustee advising of no objection, and Movant by submitting this form of order having represented that the motion was served on all parties required by Local Rule 9013-1(D), that the 14-day response time provided by that rule has expired, that no one has filed, or served on the movant, a response to the motion. The Court notes that the form of order was attached as an exhibit to the Motion;

1

Case No.: 19-17426-RAM

and the Court having reviewed the Court file and the Motion for Stay Relief, and being otherwise fully advised in the premises, hereby:

ORDERS AND ADJUDGES that:

1. The Motion for Relief from the Automatic Stay (Vehicle) by PNC relating to a 2016 Mercedes Benz GLE 350 (the "Collateral") [ECF 20] is hereby Granted.

2. PNC holds a security interest in the Debtor's 2016 Mercedes Benz GLE 350, and any insurance proceeds related thereto, VIN # 4JGDA5HB6GA689771 pursuant to the Retail Installment Sale Contract dated December 27, 2018 and placement of the lien on the state title records.

3. As of June 28, 2019 the Debtor, is indebted to PNC in the amount of $47,766.41 principal balance, plus interest at the contract rate, together with advances, costs, and attorney's fees advanced by PNC, pursuant to the Retail Installment Sale Contract.

4. The Debtor and any party in possession of the vehicle shall surrender and turnover to PNC all of its interest in the Collateral and insurance coverage, claims and/or proceeds in the collateral more specifically described as: 2016 Mercedes Benz GLE 350, VIN: 4JGDA5HB6GA689771 and any insurance proceeds related thereto, and shall provide copies of the insurance policy & claims within 14 days hereof.

5. This Order is entered for the purpose of allowing Movant to pursue and enforce its in rem state law rights and remedies against the Collateral and insurance proceeds, if any, including but not limited to, recovery and sale of the Collateral, as appropriate and Movant shall not seek in personam relief against the Debtor, unless this case is dismissed or by seeking other relief in this Court.

6. PNC may contact the Debtor to determine the vehicle location and/or party in possession.

Case No.: 19-17426-RAM

7. The Court retains jurisdiction to enforce the provisions of this Order.

###

Submitted by:

ARTHUR C. NEIWIRTH, ESQ.
Quintairos, Prieto, Wood & Boyer, P.A.
**Attorneys for PNC BANK, N.A.**
One East Broward Blvd., Suite 1200
Ft. Lauderdale, FL  33301
(954) 523-7008 PHONE
(954) 523-7009 FAX
aneiwirth@qpwblaw.com

Copies furnished to:

(Atty A. Neiwirth is directed to serve copies of this Order on all parties listed and file a certificate of service.)

**SERVICE LIST**

**CM/ECF**

Arthur C. Neiwirth, Esq.                           aneiwirthcourt@qpwblaw.com
Attorney for PNC Bank, National Association

Robert Sanchez, Esq.                              court@bankruptcyclinic.com
Attorney for Debtor

Drew M Dillworth
ddillworth@swmwas.com, ddillworth@ecf.axosfs.com;marocha@stearnsweaver.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Ashley Prager Popowitz on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper
Ashley.popowitz@mccalla.com, flbkecf@mccalla.com

**All other parties on the Clerk's CM/ECF mailing list**

3

Case No.: 19-17426-RAM

**By U.S. First Class Mail:**

Exeter Finance LLC, c/o AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Synchrony Bank
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

Yuneivis Rivas a/k/a Yuneivis Rivas Cardenas
3576 W. 74th Place
Hialeah, FL 33018-1718