UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

    Yuneivis Rivas                                Case No. 19-17426-RAM
    Debtor(s).                                    Chapter 7
_____/

**AGREED MOTION TO APPROVE STIPULATION ON STIPULATION FOR ENTRY OF JUDGMENT DECLARING DEBT DUE PNC BANK, NATIONAL ASSOCIATION NON-DISCHARGEABLE PURSUANT TO 11 USC § 523(A)(2)(A) AND (B) AND (A)(6) AND FOR ENTRY OF SAID JUDGMENT**
[Agreed as Between Debtor and PNC Bank, National Association]

**COME NOW** Yuneivis Rivas, a/k/a Yuneivis Rivas Cardenas (hereinafter "Debtor") and PNC BANK, National Association (hereinafter "PNC" ) (collectively "Parties"), by and through their undersigned counsel and move this Court to approve this Stipulation For Entry of a Judgment Declaring Debt due PNC Bank, National Association Non-Dischargeable Pursuant to 11 USC §523(a)(2)(A) and (B) and (a)(6) and to enter an Agreed Final Judgment pursuant 11 U.S.C. §523 (a)(2)(A) and (B) and (a)(6), and the Parties in furtherance thereof states:

1. On June 3, 2019, the Debtor filed a Chapter 7 voluntary petition.

2. On July 10, 2019, the initial 341 Meeting of Creditors was conducted and thereafter continued to July 30, 2019 and further continued to August 27, 2019.

3. On August 29, 2019, the Trustee issued his Report of No Distribution at ECF#31.

4. PNC received an enlargement of time to file Complaints pursuant to 11 U.S.C. § 523 and/or §727 through and including December 9, 2019.

5. On December 27, 2018, the Debtor purchased a 2016 Mercedes Benz GLE 350 (hereinafter "Vehicle") that was financed through PNC.

6. The Vehicle was involved in an accident and PNC ultimately did not recover the Vehicle.

7. PNC was alleging claims pursuant to 11 U.S.C. § 523(a)(2)(A) and (B) as well as 11 U.S.C. § 523(a)(6), among others.

8. Debtor and PNC are pleased to advise the court that they have resolved all issues between them that resolves PNC's allegations through their fully executed Stipulation For Entry of a Judgment Declaring Debt due PNC Bank, National Association Non-Dischargeable Pursuant to 11 USC §523(a)(2)(A) and (B) and (a)(6) and to enter an Agreed Final Judgment pursuant 11 U.S.C. §523 (a)(2)(A) and (B) and (a)(6), (hereinafter "Stipulation for Settlement") reflecting that settlement is being attached as Exhibit A to the instant Agreed Motion.

9. A proposed Agreed Final Judgment has also been attached as Exhibit B to this instant Agreed Motion.

10. The Stipulation for Settlement:
    a. Disputes certain aspects of PNC's analysis.
    b. Resolves further costs, risks, and hazards of litigation and further settles all of PNC's claims against the Debtor, relating to the Vehicle, the Retail Installment Sale Contract dated December 27, 2018 and the additional agreements and loan documents signed by the Debtor with relation thereto, and the loss of the vehicle as collateral of PNC.

    c. Grants PNC a non-dischargeable Agreed Final Judgment on PNC's claim, plus interest, along with attorney's fees and costs and dismisses the case with a prejudice period of three years.

    d. Provides that PNC waives the right to file an Adversary Complaint pursuant to 11 U.S.C. §727.

WHEREFORE, Debtor and PNC respectfully pray that this Honorable Court:

a. enter an Order Approving the Stipulation for Settlement in the form attached hereto as Exhibit A;

b. enter an Agreed Final Judgment in PNC's favor and against the Debtor declaring the debt due to PNC non-dischargeable pursuant to 11 USC §523(a)(2)(A) and (B) and (a)(6) in the form attached hereto as Exhibit B; and

c. grant such other relief as this court deems just and appropriate under the circumstances.

I HEREBY CERTIFY that a true and correct copy of the Motion to Approve Stipulation For Entry of a Judgment Declaring Debt due PNC Bank, National Association Non-Dischargeable Pursuant to 11 USC §523(a)(2)(A) and (B) and (a)(6) and to Enter an Agreed Final Judgment pursuant 11 U.S.C. §523 (a)(2)(A) and (B) and (a)(6) and Exhibits was sent to all parties on the attached service list on December 9, 2019.

Electronically: Drew M. Dillworth, Trustee; Steven Schneiderman, U.S. Trustee; and Arthur C. Neiwirth, Esq., PNC Bank, N.A.

First Class Mail:

Debtor(s), Yuneivis Rivas
3576 W 74th Place
Hialeah, FL 33018-1718

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:*/s/ Robert Sanchez*
Robert Sanchez, Esq., FBN#0442161