

**ORDERED in the Southern District of Florida on December 14, 2019.**

_____
**Robert A. Mark, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re:   Yuneivis Rivas, | Case No: 19-17426-RAM |
| | Chapter 7 |
| _____Debtor_____/ | |

**ORDER APPROVING STIPULATION FOR ENTRY OF JUDGMENT DECLARING DEBT DUE PNC BANK, NATIONAL ASSOCIATION NON-DISCHARGEABLE PURSUANT TO 11 USC § 523(A)(2)(A) AND (B) AND (A)(6) AND ENTRY OF JUDGMENT**

**THIS MATTER** having come to the Court on the Agreed Motion to Approve Stipulation For Entry of a Judgment Declaring Debt due PNC Bank, National Association ("PNC") Non-Dischargeable Pursuant to 11 USC §523(a)(2)(A) and (B) and (a)(6) and to enter an Agreed Final Judgment pursuant 11 U.S.C. §523 (a)(2)(A) and (B) and (a)(6), and based on the record, IT IS;

**ORDERED AND ADJUDGED** that:

1. The Agreed Motion to Approve Stipulation is GRANTED and the Stipulation is APPROVED;

2. Debtor and PNC are ordered to abide by the terms of the Settlement Stipulation;

3. A separate Final Judgment declaring that the debt due to PNC is non-dischargeable pursuant to 11 USC §523(a)(2)(A) and (B) and (a)(6) in favor of PNC and against Debtor will be entered simultaneously herewith.

# # #

The Law Office of Robert Sanchez, P.A., is hereby directed to mail a conformed copy of this order to all affected parties.