

**ORDERED in the Southern District of Florida on December 14, 2019.**

Robert A. Mark, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION
www.flsb.uscourts.gov

IN RE:

YUNEIVIS RIVAS A/K/A
YUNEIVIS RIVAS CARDENAS

    Debtors
_____/

Case No.: 19-17426-RAM

Chapter 7

## AGREED FINAL JUDGMENT DECLARING DEBT DUE PNC BANK, NATIONAL ASSOCIATION NON-DISCHARGEABLE

    This matter came before the Court upon the Stipulation for Entry of Judgment Declaring Debt Due PNC Bank, National Association Non-dischargeable pursuant to 11 U.S.C. §523 (a)(2)(A) & (B) and (a)(6), and the Court having reviewed the Court file, the Stipulation and the agreement of the Debtor, and being otherwise fully advised in the premises, hereby:

1

ORDERS AND ADJUDGES that Judgment is entered in favor of PNC Bank, National Association, PNC Plaza, 300 Fifth Avenue, Pittsburgh, Pennsylvania 15222-2707 against the Debtor, Yuneivis Rivas a/k/a Yuneivis Rivas Cardenas, 3576 W. 74th Place, Hialeah, FL 33018-1718, (ss#xxx-xx-5069) for the debt due to PNC in the amount of __$47,766.41_ (as of September 20, 2019)_, together with interest, and additionally attorney's fees and costs of _$9,500.00__, all of which is determined to be non-dischargeable pursuant to 11 U.S.C. Sections 523(a)(2)(A)and (B) and (a)(6), together with after accruing post-judgment interest and attorney's fees incurred in post judgment proceedings, for which let execution issue.

###

Copies furnished to:
Arthur C. Neiwirth, Esq., atty for PNC Bank
Robert Sanchez, Esq., atty for Debtor
Drew Dillworth, Trustee
Steven Schneiderman, Esq.   U S Trustee trial atty.
Yuneivis Rivas a/k/a Yuneivis Rivas Cardenas, Debtor
    3576 W. 74th Place, Hialeah, FL 33018-1718
    SS#   (ss#xxx-xx-5069)