

**ORDERED in the Southern District of Florida on December 15, 2019.**

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:   Yuneivis Rivas

Case No: 19-17426-RAM
Chapter 7

_____ Debtor _____/

### ORDER GRANTING DEBTOR'S MOTION TO DISMISS CHAPTER 7 CASE WITH PREJUDICE FOR THREE YEARS

**THIS MATTER** having come to be heard on this 12th day of December, 2019 upon hearing on Debtor's Motion to Dismiss Chapter 7 Case, the Court having reviewed the court file and the Motion and being advised that the Debtor consents to the Motion and the terms of the dismissal; and being otherwise fully advised in the premises, IT IS;

**ORDERED AND ADJUDGED:**

1.   Debtor's Motion to Dismiss is granted.
**2.**   As consented to by the Debtor, this Chapter 7 bankruptcy case is dismissed with prejudice to the filing of another Bankruptcy case under any Chapter or in any jurisdiction for a period of three (3) years from the date of this Dismissal Order.

# # #

The Law Office of Robert Sanchez, P.A., is hereby directed to mail a conformed copy of this order to all affected parties.