**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI-DADE DIVISION**
www.flsb.uscourts.gov

IN RE:

YUNEIVIS RIVAS

    Debtors
_____/

Case No.: 19-17426-RAM

Chapter 7

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY BY PNC BANK, NATIONAL ASSOCIATION NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING (VEHICLE) (NO PROOF OF INSURANCE AND MISSING)**
**Replaces DOC 20)**
**(Amended to attach corrected exhibits)**

**ANY INTERESTED PARTY WHO FAILS TO FILE AND SERVE A WRITTEN RESPONSE TO THIS MOTION WITHIN 14 DAYS AFTER THE DATE OF SERVICE STATED IN THIS MOTION SHALL, PURSUANT TO LOCAL RULE 9013-1(D), BE DEEMED TO HAVE CONSENTED TO THE ENTRY OF AN ORDER IN THE FORM ATTACHED TO THIS MOTION. ANY SCHEDULED HEARING MAY THEN BE CANCELED.**

COMES NOW **PNC BANK, National Association** (hereinafter "PNC" or "Movant"); by and through its undersigned counsel and hereby files this *Amended* Motion for Relief from the Automatic Stay and respectfully requests this Court to enter an Order Granting Relief from the Automatic Stay to pursue its state law remedies for the collateral, including but not limited to sell same and to issue a Certificate of Title and possession, and to pursue any insurance proceeds recovery that may exist, if any, and in furtherance thereof states:

Case No.: 19-17426-RAM

1. This Court has jurisdiction over this matter pursuant to 11 U.S.C. §361, §362, and the other various other applicable provisions of the United States Bankruptcy Code and Federal Rules of Bankruptcy Procedure.

2. The Debtor listed above filed a Voluntary Petition pursuant to Chapter 7 on June 3, 2019.

3. PNC holds a security interest in the Debtor's 2016 Mercedes Benz GLE 350 and any insurance proceeds related thereto, VIN: 4JGDA5HB6GA689771, pursuant to a Retail Installment Sale Contract and Note ("Note") dated December 27, 2018, and placement of the lien on the state title records. (Copy of Note/ Contract attached hereto as **Exhibit "A"**) (Confirmation of recorded lien attached as **Exhibit "B"**).

4. The aforementioned Note and DMV Lien gives PNC a first lien position on said property more specifically as: 2016 Mercedes Benz GLE 350, VIN: 4JGDA5HB6GA689771.

5. The Debtor admitted no payment was made on the Note after the purchase at the 341. As of June 28, 2019 the Debtor, is indebted to PNC in the amount of $47,766.41 principle balance, plus interest at the contract rate of 10.950%, together with advances, costs, and attorney's fees advanced by PNC, pursuant to the Note. The vehicle has a value of $25,750.00 per the Black Book (Copy of Black Book attached as **Exhibit "C"**). (See attached Affidavit in Support of Motion for Relief from the Automatic Stay **Exhibit "D"**).

6. The Debtor did not list the 2016 Mercedes Benz GLE 350 in the Initial Schedule B, C, or D nor in the Statement of Intention and the Debtor testified at the 341 that she was not in possession of the vehicle.

7. The Debtor has acknowledged at the initial and continued 341 meetings PNC's security interest in the vehicle, and alleges the vehicle was in an accident in early April, 2019 and

2

Case No.: 19-17426-RAM

that she is not aware of its location and she has not provided proof of insurance and of a claim despite request.

8. The Debtor has not claimed the property as exempt nor that there is any equity in the vehicle and lists it as repossessed on the Amended Statement of Financial Affairs filed July 22, 2019 (ECF 17). PNC does not have the vehicle.

## MEMORANDUM OF LAW

9. The lienholder is entitled to relief from the automatic stay pursuant to 11 U.S.C. § 362(d)(1) based upon the lack of equity Debtor's failure to make the required payments post-petition.

> Pursuant to 11 U.S.C. Section 362(d)(1):
>
> On request of a party in interest and after notice and a hearing, the Court shall grant relief from the stay provided under subsection (a) of this section such as by terminating, annulling, modifying, or conditioning such stay-
>
> (1) for cause, including the lack of adequate protection of an interest in property of such party in interest;

11 U.S.C. §362(d)(1).

10. Stay relief is appropriate pursuant to 11 U.S.C. §362(d)(1), for cause, in as much as:

    A. there is no realizable equity in the property;

    B. the Debtor cannot provide adequate protection and the existence of insurance is questionable and;

    C. the Debtor has not listed the property in the initial filing, advised same is wrecked and has failed to produce proof of insurance or the vehicle location..

3

Case No.: 19-17426-RAM

        D.      the property is not necessary to reorganize in a Chapter 7.

The lack of adequate protection constitutes "cause" under §362(d)(1). *See In re McGaughey*, 24 F. 3d 904 (7th Cir. 1994).

    11.    Pursuant to the terms of the Note, PNC is entitled to recover its reasonable attorney's fees and costs with relation to the prosecution of this Motion and representation in the Bankruptcy Court, and would request that this Court award the undersigned counsel its reasonable fees incurred in representing the Movant herein, including but not limited to, preparation and filing of this Motion, together with any attendance that is required with relation hereto and costs in the amount of $181.00 as the filing fee.

    12.    Pursuant to Section 362(d)(2) of the Bankruptcy Code, the Court shall grant relief from the stay of an act against property of the Debtor if: (A) the Debtor does not have any equity in such property; and (B) such proper is not necessary to an effective reorganization. 11 U.S.C. §362(d)(2).

    13.    Creditor asserts sufficient cause exists to waive the stay of Bankruptcy Rule 4001(a) (3), therefore allowing this Order to be effective upon entry by the Court.

    14.    A proposed order is attached hereto as **Exhibit "E."**

    15.    The undersigned counsel has spoken to and emailed the office of Debtor's counsel, multiple times and has left word with Trustee's office.

    WHEREFORE, PNC Bank, Movant, requests this Court to enter an Order:

        A.      Granting in rem relief from the automatic stay:

        B.      Allowing PNC to prosecute it's in rem state court remedies and actions through and including possession, sale and issuance of Certificate of Title.

        C.      Directing the Debtor to provide PNC the vehicle location, proof of insurance for said vehicle and a copy of the Policy and claim number for the accident.

Case No.: 19-17426-RAM

    D. Granting in rem Stay Relief to PNC to pursue its claim for Insurance Coverages and payments with relation to its collateral, if any.

    E. Awarding attorney's fees and costs for representation in this proceeding.

    F. Waiving the stay of F.R.B.P. 4001(a)(3).

    G. Authorizing PNC, its agents/representatives to contact the Debtor to arrange turnover, if necessary.

    H. Granting such further relief as this Court deems appropriate.

    I. Retaining jurisdiction to enforce this Order.

 I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Dated: October 7, 2020    Quintairos, Prieto, Wood & Boyer, P.A.
             **Counsel for PNC BANK, N. A.**
             One E. Broward Blvd. Suite 1200
             Ft. Lauderdale, FL 33301
             Tel: (954) 523-7008
             Main Fax: (954) 523-7009

             By: /s/ Arthur C. Neiwirth
                ARTHUR C. NEIWIRTH, ESQ.
                FBN: 0289061
                aneiwirth@qpwblaw.com

Case No.: 19-17426-RAM

I HEREBY CERTIFY that a true and correct copy of the foregoing was served upon all parties on the service list as noted this 7th day of October, 2020.

    Quintairos, Prieto, Wood & Boyer, P.A.
    **Counsel for PNC BANK, N. A.**
    One E. Broward Blvd. Suite 1200
    Ft. Lauderdale, FL 33301
    Tel: (954) 523-7008
    Main Fax: (954) 523-7009

    By:   /s/ Arthur C. Neiwirth
          ARTHUR C. NEIWIRTH, ESQ.
          FBN: 0289061
          aneiwirth@qpwblaw.com

Case No.: 19-17426-RAM

## SERVICE LIST

**CM/ECF**

Arthur C. Neiwirth, Esq.                    aneiwirthcourt@qpwblaw.com

Robert Sanchez, Esq.                        court@bankruptcyclinic.com

**All other parties on the Clerk's CM/ECF mailing list**

**By U.S. First Class Mail:**

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL  33130

Drew M. Dillworth, Trustee
2200 Museum Tower
150 West Flagler Street
Miami, FL 33130

Yuneivis Rivas a/k/a Yuneivis Rivas Cardenas
3576 W. 74th Place
Hialeah, FL 33018-1718